ORIGINAL

FILED
08/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 06-0544

IN RE PETITION OF SONJA L. POSPISIL FOR
REINSTATEMENT TO ACTIVE STATUS IN
THE BAR OF MONTANA



ORDER

AUG 0 4 2020

Bowen Greenwood
Clerk of Supreme Court

Sonja L. Pospisil has petitioned this Court for reinstatement to active status in the State Bar of Montana. Pospisil was placed on inactive status in January 2020 for failing to comply with the Rules for Continuing Legal Education for the reporting year ending March 31, 2019. Attached to the Petition is a letter from the State Bar stating that Pospisil has now completed all CLE requirements for that reporting year. The Petition states that Pospisil is not currently subject to disciplinary proceedings and has not committed any acts or omissions sanctionable under the Rules of Professional Conduct while on inactive status. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Sonja L. Pospisil for reinstatement to active status in the State Bar of Montana is GRANTED. Upon payment of any remaining dues, fees, and the state license tax to the State Bar of Montana, Pospisil shall be reinstated.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this ___ day of August, 2020.

_____
Chief Justice

_____

_____

_____
Justices